O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARINA MARTINEZ, an individual | ) | Case No. 20-cv-6534 DDP (GJSx) |
| Plaintiff, | ) ) | **ORDER GRANTING LEAVE TO FILE SUPPLEMENT TO ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | ) ) ) | |
| DENNIS P. BLOCK & ASSOCIATES, APC, | ) ) ) | [Dkt. 39] |
| Defendant. | ) ) | |

For good cause shown, pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, Defendant DENNIS P. BOCK & ASSOCIATES, APC, is granted leave to file SUPPLEMENT TO ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL, to supplement its answer previously filed January 5, 2021, adding a 9th Affirmative Defense. Defendant shall file the Supplement to the Answer no later than fourteen days from the date of this order.

**IT IS SO ORDERED.**

Dated: June 11, 2021

_____

DEAN D. PREGERSON

UNITED STATES DISTRICT JUDGE