Russell S. Thompson, IV (Cal. Bar No. 325944)
Thompson Consumer Law Group
11445 E Via Linda, Ste 2 #492
Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marina Martinez, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Dennis P. Block & Associates, APC,<br><br>Defendant. | Case No. 2:20-cv-06534-DDP-GJS<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: June 24, 2021

                            Respectfully submitted,

                            /s/ Russell S. Thompson, IV
                            Russell S. Thompson, IV (Cal. Bar No. 325944)
                            Thompson Consumer Law Group
                            11445 E Via Linda, Ste 2 #492

Scottsdale, AZ 85259
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on June 24, 2021, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/Russell S. Thompson, IV
Russell S. Thompson, IV