# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-06534-DDP-GJS | Date | June 30, 2021 |
| Title | Marina Martinez v. Dennis P. Block & Associates, APC | | |

Present: The Honorable  DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**          (IN CHAMBERS ) ORDER


In light of the Notice of Settlement filed June 24, 2021, the Court sets a hearing on Order to Show Cause Re Dismissal for August 30, 2021 at 10:00 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar, all pending dates will be vacated and no appearance is needed.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | PG | |