JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marina Martinez, *on behalf of herself* and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Dennis P. Block & Associates, APC,<br><br>Defendant. | Case No. 2:20-cv-06534-DDP-GJS<br><br>**ORDER RE VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and 23(e), and based upon the stipulation filed herein by Plaintiff Marina Martinez ("Plaintiff") and Defendant Dennis P. Block & Associates, APC ("Defendant") (collectively, the "Parties"), by and through their undersigned attorneys, and for good cause shown,

It is hereby ordered that the Plaintiff MARINA MARTINZEZ's individual claims in this matter are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

It is further ordered that the putative class claims in this matter are dismissed without prejudice.

Dated: 8-3-2021

_____
United States District Court Judge

Order of Dismissal - 1